IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:15CR145** |
| vs. | | |
| BRITNEY LANE, | | **ORDER** |
| Defendant. | | |

Defendant Britney Lane appeared before the court on Wednesday, May 23, 2018, on a Petition for Warrant for Offender Under Supervision 60].  Defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Defendant waived her right to a preliminary examination.   The government moved for detention, and a detention hearing was held.  The government's motion for detention is denied.  Therefore, Defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1.    A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 26, 2018, at 2:00 p.m.  Defendant must be present in person.

2.    Defendant is released on current conditions of supervision.

Dated this 24th day of May, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge